STATE OF MAINE
OXFORD, ss

TOWN OF RUMFORD,

     Plaintiff

v.

THOMAS P. BORDEAU,

     Defendant

 and

U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSRMF MORTGAGE HOLDINGS II
MASTER PARTICIPATION TRUST,

     Party-in-Interest

DISTRICT COURT
LOCATION: South Paris
DOCKET NO.: CV-22-116

ORDER AND JUDGMENT
FINDING VIOLATION
(M.R. CIV. P. 80K)

This matter came before the Court on June 12, 2023, for a hearing on Plaintiff's Verified Land Use Violation Complaint dated September 28, 2022. Plaintiff Town of Rumford appeared with counsel for the hearing; Defendant Thomas P. Bordeau ("Bordeau") did not appear; Party-in-Interest U.S. Bank Trust, N.A. as Trustee for LSRMF Mortgage Holdings II Master Participation Trust ("U.S. Bank") appeared through its attorney. Only the Plaintiff presented evidence at the hearing.

Upon full consideration of the evidence presented, the Court makes the following findings of fact and conclusions of law, and renders its judgment as follows:

1.  Plaintiff Town of Rumford ("Town") is a municipality located in Oxford County, with its office being located at 145 Congress Street in Rumford.

1

2.     This matter involves property located at 213-215 Penobscot Street in the Town of Rumford, County of Oxford, in the State of Maine ("the Premises").

3.     The Premises was owned by Defendant Bordeau at all times pertinent to this action. Bordeau does not have a license to operate a junkyard or automobile graveyard at the Premises.

4.     U.S. Bank is the current mortgagee of record and previously commenced foreclosure proceedings against Bordeau.

5.     After this Rule 80K action was filed, a Consent Judgment was entered into by U.S. Bank and Bordeau regarding the foreclosure. Bordeau's period of right to redemption ended on June 3, 2023.

6.     The Town enacted Chapter 189 – Property Maintenance Ordinance on June 12, 2018. The Property Maintenance Ordinance ("Ordinance"), as amended on June 8, 2021, requires that "[a]ll premises and yards be kept maintained in a safe condition" and that "[a]ll yards or lots shall be kept free of accumulations of trash, garbage, refuse, junk or other material which may cause a hazard to public health, sanitation and safety and may act as a breeding place for vermin." Rumford Town Ordinances, § 189-2(A), (C). In addition, the Ordinance requires that "no inoperative motor vehicle shall be parked, kept or stored on any premises, and no vehicle shall at any time be in a state of major disassembly, disrepair, or in the process of being stripped or dismantled for a period of time greater than 180 days." Rumford Town Ordinances, § 189-2(E).

7.     Title 30-A, Section 3752 of the Maine Revises Statutes defines an "automobile graveyard" as a "yard, field or other outdoor area used to store 3 or more unregistered or uninspected motor vehicles. . . or parts of the vehicles." 30-A M.R.S. § 3752(1). Also as defined by the statute:

2

"Junkyard" means a yard, field or other outside area used to store, dismantle or otherwise handle:

A.    Discarded, worn-out or junked plumbing, heating supplies, electronic or industrial equipment, household appliances or furniture;

B.  Discarded, scrap and junked lumber; and

C. Old or scrap copper, brass, rope, rags, batteries, paper trash, rubber debris, waste and all scrap iron, steel and other scrap ferrous or nonferrous material.

*Id.* § 3752(4). Under state law, a license is required for a junkyard or an auto graveyard. *Id.* § 3753.

7.      The yard at 213-215 Penobscot Street is filled with unregistered vehicles, car parts, scrap lumber, scrap metal, trash (plastic and paper), old appliances and furniture and an old travel trailer in disrepair and open to the elements.

8.      Over the years, Bordeau's neighbors complained to the Town about the condition of the property. Richard Coulombe, the Code Enforcement Officer ("CEO"), attempted on numerous occasions to work with Bordeau to correct the condition of the property at the Premises. He sent letters to Bordeau going back to June 16, 2004, without compliance by Bordeau. Finally, on April 6, 2018, the CEO issued a Notice of Violation and Order for Correction, which was served in hand on Bordeau by the Town Police Department on April 6, 2018.

9.      Bordeau made no effort to correct the violations after issuance of the 2018 Notice of Violation, and the Town received yet another complaint regarding the Premises in 2022. Bordeau was provided a final opportunity to comply with the statute and Ordinance, but he still made no effort. The Town subsequently filed the pending action pursuant to Maine Rule of Civil Procedure 80K.

3

10.    Service of the Rule 80K Complaint, Citation, and all attachments on Bordeau were made by Alternate Service pursuant to this Court's Order dated January 3, 2023. The Rule 80K Complaint, Citation and all attachments were sent out by first-class mail with certificate of mailing and posted by the Rumford Police Department on the door of 215 Penobscot Street on January 5, 2023.

11.    Service of the Rule 80K Complaint, Citation, and all attachments on U.S. Bank were made by Alternate Service pursuant to this Court's Order dated December 30, 2022. The Complaint, Citation, and all attachments were sent by certified mail with return receipt requested to Carrie Folsom, Esq. at Corde & Associates on January 5, 2023.

12.    Counsel for the Town filed an Affidavit of Service with this Court on January 12, 2023.

13.    In light of the evidence introduced at the trial, including but not limited to the Plaintiff's exhibits and the CEO's testimony, the Court finds that Bordeau has willfully violated both 30-A M.R.S. § 3753, which requires a license for the operation of a junkyard or an automobile graveyard, and the Town's Ordinance. There are at least three inoperable or unregistered vehicles at the Premises, as well as an inoperable travel trailer. There are plastic buckets and barrels, tires, car parts, used appliances, ropes, discarded furniture and scraps of wood, plastic, metal and cardboard littering the yard. The yard presents itself as a location that is rife to support habitation and spawning of vermin.

14.    Bordeau's violations are subject to the penalties set forth in 30-A M.R.S. § 4452. Each day the violation continues constitutes a separate offense. *See* 30-A M.R.S. § 3758-A(3). The Town may also act to abate the site in accordance with 30-A M.R.S. § 3758-A(4).

4

In light of the foregoing, this Court ORDERS the following:

A.    Defendant Bordeau shall remove any unregistered, uninspected or inoperable vehicles, car parts, broken, unused/discarded furniture and household appliances, rubbish, paper trash, rags, garbage and other debris completely from the Premises within fifteen (15) days of the date of this Order and shall cease and desist from positing car parts, vehicles, inoperable travel trailer, broken, unused/discarded furniture and household appliances, rubbish, paper trash, rags, garbage, scrap metal, scarp lumber or wood and other debris on the Premises.

B.    In the event that Defendant Bordeau fails to remove completely the unregistered, uninspected or inoperable vehicles, car parts, broken, unused/discarded furniture and household appliances, rubbish, paper trash, rags, garbage, scrap metal and lumber and other debris from the Premises from the Premises within fifteen (15) days of this Court Order, the Town of Rumford shall have the right to remove the unregistered, uninspected or inoperable vehicles, car parts, broken, unused/discarded furniture and household appliances, rubbish, paper trash, rags, garbage, scrap metal and lumber and other debris from the Premises and the Town's cost for removing the unregistered, uninspected or inoperable vehicles, car parts, broken, unused/discarded furniture and household appliances, rubbish, paper trash, rags, garbage, scrap metal and lumber and other debris from the Premises shall be paid by Defendant Bordeau forthwith upon the presentation of a bill for the costs the Town of Rumford incurred or a Writ of Execution may issue from this Court.

C.    Defendant Bordeau shall pay civil penalties to the Town of Rumford in the amount of $39,000, execution to issue forthwith.  This figure represents the minimum penalty that could be imposed by the Court, $100 per day, for every day since June 22, 2022.

D.    Within 30 days from the date of this Order, Defendant Bordeau shall pay $500 to the Town of Rumford pursuant to 30-A M.R.S.§ 4452(3)(D) towards the Town's reasonable attorney's fees and costs, execution to issue forthwith.

E.    If Defendant Bordeau fails to comply with this Court's order, he may face additional sanctions.

Pursuant to M.R. Civ. P. 79(a), the Clerk is directed to enter this Order and Judgment Finding Violation on the civil docket by a notation incorporating it by reference.

Date:   July 17, 2023

_____
Jennifer A. Archer
Justice, Maine Superior Court



# Korde & Associates, P.C.
## Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island

July 7, 2023

Oxford County Superior Court
26 Western Ave.
South Paris, ME

RE:  Town of Rumford v. Thomas P. Bordeau and US Bank Trust, N.A., as Trustee
for LSRMF Mortgage Holdings II Master Participation Trust

SOPDC-CV-2022-00116

Dear Clerk:

Please see the enclosed Party-in-interest's written closing arguments. We have not
included a proposed order as we do not object to Plaintiff's proposed order.

Sincerely,

Matthew H. Bowen, Esq.
Associate Attorney
Korde & Associates
207-775-6223 - Ext. 26035  |  Office
mbowen@kordeassociates.com

CC:  Thomas P. Bordeau
Jennifer Kreckel, Esq.

# Kreckel Law, P.A.

Jennifer F. Kreckel, Esq.
jfk@kreckellaw.com

June 30, 2023

Maine District Court
P.O. Box 179
South Paris, ME 04281

     *Re:   Town of Rumford v. Thomas P. Bordeau et al.*
     *Docket No. SOPDC-CV-2022-0116*

Dear Friends:

Pursuant to Justice Archer's directions, I sent Plaintiff's proposed order to proposedorders@courts.maine.gov and have enclosed a hard copy for filing with this Court pursuant to JB-22-01.

Thank you as always for your kind assistance! If you have any questions, please feel free to call. Wishing you all a very Happy 4th of July

          Best wishes,

          Jennifer F. Kreckel
          Bar Registration No. 7713

JFK\
Enclosure
cc:   Matthew Borden, Esq. (by email)
      Thomas P. Bordeau (by email)

SOPSC/DC/OXFCD
JUL 5 '23 PM4:00

95 Congress Street/P.O. Drawer L – Rumford, Maine 04276
Phone: 207.364.4593 – Fax: 207.369.9421